Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Susan M. Schwartz, Esq.
Nevada Bar No. 14270
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2542
Fax: (702) 669-4650
Email: preilly@hollandhart.com
smschwartz@hollandhart.com

*Attorneys for Credit One Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JANIS M. PAPPA,<br><br>           Plaintiff,<br>v.<br><br>CREDIT ONE BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC,<br><br>           Defendants. | Case No.: 2:17-cv-00174-JAD-GWF<br><br>**STIPULATION TO STAY CLAIMS ASSERTED AGAINST CREDIT ONE BANK, N.A. PENDING ARBITRATION**<br><br>**ORDER** |

## **STIPULATION**

Plaintiff Janis M. Pappa and Defendant Credit One Bank, N.A. ("Credit One") hereby stipulate and agree as follows:

1. Plaintiff commenced this action against Credit One and others on January 20, 2017 (Dkt. 1).

2. Credit One maintains that Plaintiff's claims against Credit One are subject to a binding arbitration agreement.

3. In response, Plaintiff agrees to arbitrate his claims as to Credit One only, but does not admit or concede any matter.

4. All proceedings and claims against Credit One in the above-entitled action shall be stayed pending the resolution of the arbitration, to be filed at a later date by Plaintiff.

5. This stipulation shall have no effect on any other claims asserted by Plaintiff in this action.

This Stipulation and Order is submitted in good faith and is not for the purpose of delay.

DATED this 25th day of May, 2017.   DATED this 25th day of May, 2017.

By:   /s/ Susan M. Schwartz, Esq.           By:   /s/ David H. Krieger, Esq.
    Patrick J. Reilly, Esq.                               David H. Krieger, Esq.
    Susan M. Schwartz, Esq.                         HAINES & KRIEGER, LLC
    HOLLAND & HART LLP                           8985 S. Eastern Avenue, Suite 350
    9555 Hillwood Drive, 2nd Floor              Henderson, Nevada 89123
    Las Vegas, Nevada 89134

*Attorneys for Credit One Bank, N.A.*            *Attorneys for Janis M. Pappa*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: May 31, 2017.

9880333_1